

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00238-CV

| | | |
|---|---|---|
| Walter Roy | § | From the 352nd District Court |
| | § | of Tarrant County (352-258353-12) |
| v. | § | August 21, 2014 |
| District Attorney Joe Shannon Jr. and Judge R.E. Thornton | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By ___/s/ Anne Gardner_____
      Justice Anne Gardner